IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CYNTHIA MINGO, as personal representative of the Estate of Daniel Mingo, Plaintiff, | ) ) ) ) |
| v. | ) CIVIL ACTION NO. 12-00056-KD-B ) |
| CITY OF MOBILE, ALABAMA, Defendant. | ) ) ) |

## JUDGMENT

In accordance with the Order entered contemporaneously herewith granting in part the Defendant's Second Motion for Summary Judgment, it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant, the City of Mobile, Alabama, and against the Plaintiff, Cynthia Mingo, as personal representative of the Estate of Daniel Mingo, as to the Plaintiff's federal claims under 42 U.S.C. § 1983, as set out in Counts I, II, and III of the Complaint (Doc. 2-1 at 5-17), which are **DISMISSED with prejudice**.

It is further **ORDERED** that the Plaintiff's state law claims, as set out in Counts IV and V of the Complaint, are **REMANDED** to the Circuit Court of Mobile County, Alabama.

**DONE** and **ORDERED** this the **19th** day of **November 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**